708 A.2d 805

**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION**
**(Trooper Rodney Smith), Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 1998, the Petition for Allowance of Appeal is GRANTED. The Motion to Consolidate this Petition for Allowance of Appeal with *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Trooper Robert K. Johnson)*, 550 Pa. 667, 708 A.2d 805 (1998) is also GRANTED.

708 A.2d 805

**PENNSYLVANIA STATE POLICE, Petitioner,**

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION**
**(Trooper Robert K. Johnson), Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

## ORDER

PER CURIAM.

AND NOW, this 31st day of March, 1998, the Petition for Allowance of Appeal is GRANTED. The Motion to Consolidate this Petition for Allowance of Appeal with *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Trooper Rodney Smith),* 550 Pa. 667, 708 A.2d 805 (1998) is also GRANTED.

708 A.2d 806

**Barry S. DERNOVESK, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 1, 1998.

## ORDER

PER CURIAM:

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is DENIED in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 550 Pa. 639, 708 A.2d 481 (1998).